UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RACHEL E. STEWART,**<br><br>                    Plaintiff,<br>  -vs-<br><br>**H&P CAPITAL, INC.,**<br><br>                    Defendant. | *Civil Action No. 09-CV-0190-A* |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Rachel E. Stewart hereby voluntarily dismisses the present action against Defendant H&P Capital, Inc., with prejudice, with each party bearing their own costs, expenses and attorney fees.
.

Date: September 10, 2009         /s/Frank J. Borgese
                                 Frank J. Borgese, Esq.
                                 Graham Law, P.C.
                                 1207 Delaware Ave., Suite 202
                                 Buffalo, New York 14209
                                 fborgese@grahamlawpc.com
                                 716.200.1520